UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RED WING AEROPLANE COMPANY,
a Wisconsin Corporation,

    Plaintiff,

v.

Case No. 3:17-CV-00308-jdp

GUSTAVO LIRA, an individual; and
JETOPTIONS PRIVATE JETS, LLC,
a Texas Limited liability company

    Defendants.

### ORDER

The Court having considered the Stipulation Regarding Entry of Default entered by the Parties, **HEREBY ORDERS THAT**:

1. The Parties' Stipulation is approved;

2. Pursuant to Fed. R. Civ. P. 55(c), the Clerk's July 31, 2017 order of default against JetOptions Private Jets LLC is set aside; and

3. Defendants JetOptions Private Jets, LLC and Gustavo Lira shall file and serve their answer or other responsive pleadings by no later than September 11, 2017.

**SO ORDERED**.

Hon. James D. Peterson
United States District Judge